## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Keith Sulzer, hereby make the following declaration under 28 U.S.C. § 1746:

1. I am the Investigator Supervisor for the Cuyahoga County Prosecutor's Office. I have held this position since July 28, 2020. I have over thirty years in law enforcement.

2. I am over eighteen years of age and of sound mind. The facts contained in this declaration are based upon my personal knowledge.

3. On September 2, 2020, I investigated whether any businesses were operating out of the following addresses: (a) 7452 Broadview Road, Parma, Ohio 44134 and (b) 6545 Market Ave., North Suite 100, North Canton, Ohio 44721.

4. These addresses were taken from the attached Articles of Organization for Domestic Limited liability Company for an entity identified as Covenant Weddings, LLC.

5. I personally visited the property located at 7452 Broadview Road, Parma, Ohio 44113. A UPS Store is operating out of this location. I did not see any signage or other anything else that would indicate Covenant Weddings, LLC or any other business (aside from a UPS Store) is operating out of the property located at 7452 Broadview Road, Parma, Ohio 44113

6. I further investigated the address located at 6545 Market Ave., North Suite 100, North Canton, Ohio 44721. Located at this address is a business known as Ohio Statutory Agent, LLC. Attached is a true and accurate copy of a printout from Ohio Statutory Agent, LLC's website showing an address of 6545 Market Ave., North Suite 100, North Canton, Ohio 44721.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____
Keith Sulzer
Date: September 2, 2020

**EXHIBIT 1**