UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Covenant Weddings LLC** and **Kristi Stokes,**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**Cuyahoga County,**<br><br>　　　　　Defendant. | Case No. 1:20-cv-01622<br><br>**Judge James S. Gwin**<br><br>**Plaintiffs' Unopposed Motion for Extension to File Reply in Support of Plaintiffs' Preliminary Injunction Motion** |

## Motion

Plaintiffs Covenant Weddings LLC and Kristi Stokes move for an Order granting Plaintiffs leave until October 9, 2020, to file a reply in support of Plaintiffs' preliminary injunction motion.

Background

Plaintiffs filed their complaint and motion for a preliminary injunction in this case on July 22, 2020. Defendant filed its response to Plaintiffs' preliminary injunction motion, ECF No. 14, on September 3, 2020. Local Rule 7.1 grants Plaintiffs 7 days, until September 10, to file a reply.

On September 4, the parties conferred about a possible resolution. The parties conferred again on September 9 but need additional time to determine if a resolution is possible. Plaintiffs' counsel has consulted with Defendant and Defendant does not oppose this request. For these reasons, Plaintiffs request leave to file their reply brief in support of their preliminary injunction motion on October 9, 2020.

1

Respectfully submitted this 9th day of September, 2020.

                     *s/ Jonathan A. Scruggs*

| | |
|---|---|
| Matthew J. Burkhart<br>OH Bar No. 0068299<br>Gallagher Kavinsky & Burkhart LPA<br>8740 Orion Place, Suite 200<br>Columbus, OH 43240-4063<br>(614) 885-9022<br>(614) 885-9024 (facsimile)<br>mjb@gkb-law.com | Jonathan A. Scruggs<br>AZ Bar No. 030505<br>Katherine L. Anderson<br>AZ Bar No. 033104<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile)<br>jscruggs@ADFflegal.org<br>kanderson@ADFlegal.org<br><br>David A. Cortman<br>GA Bar No. 188810<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>(770) 339-6744 (facsimile)<br>dcortman@ADFlegal.org<br><br>Johannes S. Widmalm-Delphonse<br>MN Bar No. 396303<br>Alliance Defending Freedom<br>20116 Ashbrook Place, Suite 258<br>Ashburn, VA 20147<br>(571) 707-4655<br>(571) 707-4656 (facsimile)<br>jwidmalmdelphonse@ADFlegal.org |

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing motion will be sent to the Defendant via the Court's CM/ECF system.

*s/ Jonathan A. Scruggs*
Jonathan A. Scruggs
