UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Covenant Weddings LLC** and **Kristi Stokes**, <br><br> Plaintiffs, <br><br> v. <br><br> **Cuyahoga County**, <br><br> Defendant. | Case No. 1:20-cv-01622 <br><br> **Judge James S. Gwin** <br><br> **Plaintiffs' Unopposed Motion for Extension to File Reply in Support of Plaintiffs' Preliminary Injunction Motion** |

**Motion**

Plaintiffs Covenant Weddings LLC and Kristi Stokes move for an Order granting Plaintiffs leave until October 30, 2020, to file a reply in support of Plaintiffs' preliminary injunction motion.

Background

Plaintiffs filed their complaint and motion for a preliminary injunction in this case on July 22, 2020. Defendant filed its response to Plaintiffs' preliminary injunction motion, ECF No. 14, on September 3. Local Rule 7.1 grants Plaintiffs 7 days to file a reply. On September 4, the parties began conferring about a possible resolution to Plaintiffs' motion and this case. On September 9, Plaintiffs requested leave until October 9, to file their reply in support of the preliminary injunction motion given the parties' ongoing discussions. At this time, those discussions are still ongoing. For this reason, Plaintiffs ask for leave until October 30 to file their reply in support of Plaintiffs' preliminary injunction motion.

1

Respectfully submitted this 6th day of October 2020.

| | |
|---|---|
| *s/ Jonathan Scruggs*<br>Jonathan A. Scruggs<br>AZ Bar No. 030505<br>Katherine L. Anderson<br>AZ Bar No. 033104<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile)<br>jscruggs@ADFlegal.org<br>kanderson@ADFlegal.org<br><br>David A. Cortman<br>GA Bar No. 188810<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>(770) 339-6744 (facsimile)<br>dcortman@ADFlegal.org<br><br>Johannes S. Widmalm-Delphonse<br>MN Bar No. 396303<br>Alliance Defending Freedom<br>20116 Ashbrook Place, Suite 250<br>Ashburn, VA 20147<br>(571) 707-4655<br>(571) 707-4656 (facsimile)<br>jwidmalmdelphonse@ADFlegal.org | Matthew J. Burkhart<br>OH Bar No. 0068299<br>Gallagher Kavinsky & Burkhart LPA<br>8740 Orion Place, Suite 200<br>Columbus, OH 43240-4063<br>(614) 885-9022<br>(614) 885-9024 (facsimile)<br>mjb@gkb-law.com |

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing motion will be sent to the Defendant via the Court's CM/ECF system.

*s/ Jonathan Scruggs*
Jonathan Scruggs
