MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 10/7/2020 |
| Judge: | James S. Gwin |
| Case No.: | 1:20-cv-01622 |
| Court Reporter: | None |

COVENANT WEDDINGS, LLC, ET AL.,  )
               )
  Plaintiffs,         )
               )
vs.               )
               )
CUYAHOGA COUNTY, OHIO,    )
               )
  Defendant.         )

MATTERS CONSIDERED: Case management conference held by video.

TOTAL TIME: 25 minutes             s/  Kayla Sartschev
                                   Courtroom Deputy Clerk