# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Covenant Weddings LLC** and **Kristi Stokes,**<br><br>    Plaintiffs,<br><br> v.<br><br>**Cuyahoga County,**<br><br>    Defendant. | Case No. 1:20-CV-01622<br><br>Judge James S. Gwin<br><br>**NOTICE OF PROPOSED AGREED JUDGMENT ENTRY** |

  Defendant Cuyahoga County and Plaintiffs Covenant Weddings LLC and Kristi Stokes have resolved this matter in accordance with the terms of the proposed judgment entry filed concurrently with this notice. All parties have agreed to the proposed judgment entry. Plaintiffs respectfully ask this Court to accept and enter the proposed judgment entry and retain jurisdiction only for the purposes of enforcing its terms.

Respectfully submitted this 23rd day of October, 2020.

| | |
|---|---|
| *s/ Jonathan Scruggs*<br>Jonathan A. Scruggs<br>AZ Bar No. 030505<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile)<br>jscruggs@ADFlegal.org<br>*Attorney for Plaintiffs* | David A. Cortman<br>GA Bar No. 188810<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>(770) 339-6744 (facsimile)<br>dcortman@ADFlegal.org<br>*Attorney for Plaintiffs* |

Katherine L. Anderson
AZ Bar No. 033104
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
kanderson@ADFlegal.org
*Attorney for Plaintiffs*

Johannes S. Widmalm-Delphonse
MN Bar No. 396303
Alliance Defending Freedom
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(571) 707-4655
(571) 707-4656 (facsimile)
jwidmalmdelphonse@ADFlegal.org
*Attorney for Plaintiffs*

Matthew J. Burkhart
OH Bar No. 0068299
Gallagher Kavinsky & Burkhart LPA
8740 Orion Place, Suite 200
Columbus, OH 43240-4063
(614) 885-9022
(614) 885-9024 (facsimile)
mjb@gkb-law.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing notice will be sent to the Defendant via the Court's CM/ECF system.

<u>s/ Jonathan A. Scruggs</u><br>Jonathan A. Scruggs