UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Covenant Weddings LLC** and **Kristi Stokes,**<br><br>    Plaintiffs,<br><br> v.<br><br>**Cuyahoga County,**<br><br>    Defendant. | Case No. 1:20-CV-01622<br><br>Judge James S. Gwin<br><br>**JUDGMENT ENTRY** |

Defendant Cuyahoga County and Plaintiffs Covenant Weddings LLC and Kristi Stokes have resolved this matter according to the terms below. This Court accepts the parties' final resolution and enters the following Order:

**It is hereby ORDERED, ADJUDGED, and DECREED as follows:**

Defendant Cuyahoga County agrees not to enforce Cuyahoga County Code § 1501.02(C) ("Accommodations Clause") to compel Plaintiffs to offer officiating and writing services against their sincerely held religious beliefs for the following reasons:

1. Neither Kristi Stokes nor Covenant Weddings LLC currently qualify as a "place of public accommodation," as defined by Cuyahoga County Code § 1501.01(W), because they do not have a physical storefront from which they provide goods or services in Cuyahoga County, Ohio.

2. Even if Plaintiffs' services could be considered a place of public accommodation, the Accommodations Clause does not mandate or force Kristi Stokes, or any other minister, to officiate or solemnize weddings against their sincerely held religious beliefs.

1

3. Even if Plaintiffs' services could be considered a place of public accommodation, the "Accommodations Clause" does not mandate or force Kristi Stokes or Covenant Weddings LLC to author specific prayers, homilies, vows, or other writings that are inconsistent with their sincerely held religious beliefs.
4. Each party shall bear their own costs, including their attorneys' fees.
5. This Court retains jurisdiction of this case solely to enforce the terms of this order.

IT IS SO ORDERED.


Dated: October 27, 2020     _s/  _James S. Gwin_____
                            JAMES S. GWIN
                            UNITED STATES DISTRICT COURT